## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| ELI LILLY AND COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STRIVE PHARMACY LLC d/b/a STRIVE COMPOUNDING PHARMACY,<br><br>　　　　Defendant. | C.A. No. 1:25-cv-00401-RGA |

## **STIPULATION AND ORDER TO EXTEND TIME**

　　　　IT IS STIPULATED AND AGREED, by and between the parties hereto, and subject to the approval of the Court, that the time for defendant Strive Pharmacy LLC d/b/a Strive Compounding Pharmacy to answer, move or otherwise respond to the Complaint (D.I. 1) is extended through and including May 27, 2025.

| | |
|---|---|
| FAEGRE DRINKER BIDDLE<br>& REATH LLP<br><br>*/s/ Oderah C. Nwaeze*<br>Oderah C. Nwaeze (#5697)<br>Angela Lam (#6431)<br>Renée M. Dudek (#6623)<br>222 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Tel: (302) 467-4200<br>oderah.nwaeze@faegredrinker.com<br>angela.lam@faegredrinker.com<br>renee.dudek@faegredrinker.com<br><br>*Attorneys for Plaintiff* | BAKER & HOSTETLER LLP<br><br>*/s/ Jeremy D. Anderson*<br>Jeremy D. Anderson (#4515)<br>1201 N. Market Street, Suite 1407<br>Wilmington, DE 19801<br>Tel: (302) 407-4224<br>jdanderson@bakerlaw.com<br><br>*Attorneys for Defendant* |

SO ORDERED this 17th day of April 2025.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Richard G. Andrews
　　　　　　　　　　　　　　　　　　　　　　　　District Judge Richard G. Andrews