# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELI LILLY COMPANY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:25-cv-00401-RGA |
| ) | |
| STRIVE PHARMACY LLC d/b/a ) | |
| STRIVE COMPOUNDING ) | |
| PHARMACY ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT STRIVE PHARMACY LLC'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDCTION

Pursuant to Federal Rule of Civil Procedure 12(b)(2), Defendant Strive Pharmacy LLC d/b/a Strive Compounding Pharmacy ("Strive") respectfully moves this Court to dismiss the above-captioned action for lack of personal jurisdiction. The grounds for this Motion are set forth in the accompanying Opening Brief and Declarations of Nate Hill and Zach Shurtleff in support.

BAKER & HOSTETLER LLP

*/s/ Jeremy D. Anderson*
Jeremy D. Anderson (#4515)
1201 N. Market Street, Suite 1407
Wilmington, DE 19801
jdanderson@bakerlaw.com
T: (302) 407-4224

**ATTORNEYS FOR DEFENDANT STRIVE PHARMACY LLC D/B/A STRIVE COMPOUNDING PHARMACY**

MAY 28, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing documents to be served on May 28, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Oderah C. Nwaeze (#5697)<br>Angela Lam (#6431)<br>Renée M. Dudek (#6623)<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>222 Delaware Avenue, Suite 1410<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4200<br>Facsimile: (302) 467-4201<br>oderah.nwaeze@faegredrinker.com<br>angela.lam@faegredrinker.com<br>renee.dudek@faegredrinker.com<br><br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| James F. Hurst (*pro hac vice* forthcoming)<br>Diana M. Watral (*pro hac vice* forthcoming)<br>Robin McCue (*pro hac vice* forthcoming)<br>Ryan Moorman (*pro hac vice* forthcoming)<br>James Hileman (*pro hac vice* forthcoming)<br>KIRKLAND & ELLIS LLP<br>333 West Wolf Point Plaza<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>diana.watral@kirkland.com<br>james.hurst@kirkland.com<br>robin.mccue@kirkland.com<br>ryan.moorman@kirkland.com<br>jhileman@kirkland.com<br><br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

Joshua L. Simmons (*pro hac vice* forthcoming)    *VIA ELECTRONIC MAIL*
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joshua.simmons@kirkland.com

*Attorneys for Plaintiff*

David I. Horowitz (*pro hac vice* forthcoming)    *VIA ELECTRONIC MAIL*
KIRKLAND & ELLIS LLP
2049 Century Park East, 38th Floor
Los Angeles, CA 90067
Telephone: (310) 552-4200
david.horowitz@kirkland.com

*Attorneys for Plaintiff*