## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELI LILLY COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> STRIVE PHARMACY LLC d/b/a STRIVE COMPOUNDING PHARMACY, <br><br> Defendant. | Case No. 1:25-cv-00401-RGA |

**[PROPOSED] ORDER GRANTING DEFENDANT STRIVE PHARMACY LLC'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDCTION**

Having considered Defendant Strive Pharmacy LLC's Motion to Dismiss for Lack of Personal Jurisdiction (the "Motion"), IT IS HEREBY ORDERED this _____ day of _____, 2025, that the Motion is GRANTED.

_____
United States District Judge