# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELI LILLY AND COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STRIVE PHARMACY LLC d/b/a<br>STRIVE COMPOUNDING<br>PHARMACY,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)  Case No. 1:25-cv-00401-RGA<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND [PROPOSED] ORDER FOR ENLARGEMENT OF TIME
FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

IT IS STIPULATED AND AGREED, by and between the parties hereto, and subject to the approval of the Court, that the time for Plaintiff Eli Lilly and Company to respond to the Motion to Dismiss (D.I. 7) is extended, from June 11, 2025 to and including June 27, 2025.

| | |
|---|---|
| **FAEGRE DRINKER BIDDLE & REATH LLP** | **BAKER & HOSTETLER LLP** |
| */s/ Oderah C. Nwaeze*<br>Oderah C. Nwaeze (#5697)<br>Angela Lam (#6431)<br>Renée M. Dudek (#6623)<br>222 Delaware Avenue, Suite 1410<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4200<br>Facsimile: (302) 467-4201<br>oderah.nwaeze@faegredrinker.com<br>angela.lam@faegredrinker.com<br>renee.dudek@faegredrinker.com<br><br>*Counsel for Plaintiff Eli Lilly and Company* | */s/ Jeremy D. Anderson*<br>Jeremy D. Anderson (#4515)<br>1201 N. Market Street, Suite 1407<br>Wilmington, Delaware 19801<br>Telephone: (302) 407-4224<br>jdanderson@bakerlaw.com<br><br>*Counsel for Defendant Strive<br>Pharmacy LLC d/b/a Strive<br>Compounding Pharmacy* |

SO ORDERED this ___ day of June 2025

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　The Honorable Richard G. Andrews