IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ELI LILLY AND COMPANY,

    *Plaintiffs,*

v.

STRIVE PHARMACY LLC, d/b/a
STRIVE COMPOUNDING PHARMACY

    *Defendant.*

No. 1:25-cv-00401-SB

## Order

I **GRANT** Strive's motion to dismiss [D.I. 7] without prejudice.

Dated: October 8, 2025

                                    UNITED STATES CIRCUIT JUDGE